NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: VI-JON, INC.,**
*Appellant*

---

2015-1387

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,150.

---

**JUDGMENT**

---

ANDREW C. RYAN, Cantor Colburn LLP, Hartford, CT, argued for appellant.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD, AMY J. NELSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 January 11, 2016           /s/ Daniel E. O'Toole 
        Date                Daniel E. O'Toole
                            Clerk of Court